COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

David Kelly Balfour
Attorney At Law
115 West Main Street #13
Lafayette LA 70502

Allyson Claire Melancon Prejean
Attorney at Law
P. O. Box 3862
Lafayette LA 70502

REHEARING ACTION: September 22, 2010

Docket Number: 10   00889-KW

STATE OF LOUISIANA
VERSUS
CARL MOUTON

Writ Application from Lafayette Parish Case No. 100835

BEFORE JUDGES:

Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion
Hon. David Ellis Chatelain

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **15th Judicial Public Defender Office** has this day been

DENIED.

cc: Michael Harson, Counsel for  the Respondent
    Cynthia K. Simon, Counsel for  the Respondent
    Sonceree Smith, Counsel for  the Respondent
    Hon. James David Caldwell, Counsel for  the Respondent
    Carl G. Mouton, Pro Se